**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | |
| | Case No. 24-MD-3097 (LJL) |
| CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION | |
| *This Document Relates to:* *All Direct Purchaser Plaintiff Actions* | |
| 1:24-cv-3056-LJL 1:24-cv-3033-LJL 1:24-cv-3045-LJL 1:24-cv-3246-LJL 1:24-cv-3255-LJL 1:24-cv-3236-LJL 1:24-cv-3817-LJL 1:24-cv-3806-LJL | |

**NOTICE OF MOTION AND MOTION OF THE HAUSFELD GROUP**
**TO APPOINT INTERIM CLASS COUNSEL**
**FOR THE DIRECT PURCHASER PLAINTIFFS**

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Civil Procedure 23(g), Direct

Purchaser Plaintiffs M&D Peterson, LLC, Keystone Concrete Block & Supply Co. Inc., 570

Concrete, LLC, H&S Ready Mix, Inc., and J&L Imperium Industries, LLC through their

undersigned attorneys, will and hereby do move the Court, for entry of an order appointing

Hausfeld LLP as Interim Lead Class Counsel for Direct Purchaser Plaintiffs and Berger

Montague, PC, Gustafson Gluek PLLC, and the Roberts Law Firm U.S., PC as members of an

Executive Committee for the putative Direct Purchaser Plaintiff class. In support of this Motion,

Movants rely on this Notice of Motion, the accompanying Memorandum of Law, the Declaration

of Jeannine M. Kenney and accompanying exhibits, the arguments of counsel, and all

proceedings herein.

1

DATED: June 24, 2024                    Respectfully submitted,


                                        */s/ Jeannine M. Kenney*
                                        Jeannine M. Kenney
                                        **HAUSFELD LLP**
                                        325 Chestnut Street, Suite 900
                                        Philadelphia, PA 19106
                                        Tel: (215) 985-3270
                                        Fax: (215) 985-3271
                                        jkenney@hausfeld.com
                                        kberan@hausfeld.com

                                        Nathaniel C. Giddings
                                        **HAUSFELD LLP**
                                        888 16th Street, NW, Suite 300
                                        Tel: (202) 540-7200
                                        Fax: (202) 540-7201
                                        ngiddings@hausfeld.com

                                        Scott Martin
                                        **HAUSFELD LLP**
                                        33 Whitehall Street, 14th Floor
                                        New York, NY 10004
                                        Tel: (646) 357-1100
                                        Fax: (212) 202-4322
                                        smartin@hausfeld.com

                                        Michael P. Lehmann
                                        Emma Blake
                                        **HAUSFELD LLP**
                                        600 Montgomery Street, Suite 3200
                                        San Francisco, CA 94111
                                        Tel: (415) 633-1908
                                        Fax: (415) 633-4980
                                        mlehmann@hausfeld.com
                                        eblake@hausfeld.com

                                        *Counsel for Plaintiffs M&D Peterson, LLC,*
                                        *Keystone Concrete Block & Supply Co.*
                                        *Inc., and the Proposed Direct Purchaser*
                                        *Class*

                                        Arthur N. Bailey
                                        **RUPP PFALZGRAF LLC**
                                        111 W. 2nd Street, Suite 1100

Jamestown, NY 14701
Tel: (716) 664-2967
bailey@rupppfalzgraf.com

*Counsel for Plaintiff M&D Peterson, LLC,
and the Proposed Direct Purchaser Class*

Joshua H. Grabar
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
Fax: (267) 507-6048
jgrabar@grabarlaw.com

Joseph E. Mariotti
**CAPUTO & MARIOTTI, P.C.**
730 Main Street
Moosic, PA 18507
Tel: 570-342-9999
Fax: 570-457-1533
jmariotti@caputomariotti.com

*Counsel for Plaintiffs Keystone Concrete
Block & Supply Co. Inc., 570 Concrete,
LLC, and the Proposed Direct Purchaser
Class*

Mindee J. Reuben
Steven J. Greenfogel
**LITE DEPALMA GREENBERG &
AFANADOR, LLC**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 854-4060
Fax: (973) 623-0858
MJR Direct Dial: (215) 704-2524
mreuben@litedepalma.com
sgreenfogel@litedepalma.com

Joseph J. DePalma
**LITE DEPALMA GREENBERG &
AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102

3

Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com

Marc H. Edelson
**EDELSON LECHTZIN LLP**
411 S. State Street
Suite N300
Newtown, PA 18940
Tel: (215) 867-2399
medelson@edelson-law.com

Eric L. Cramer
Patrick F. Madden
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net
pmadden@bm.net
mwallin@bm.net

*Counsel for Plaintiff 570 Concrete, LLC,
and the Proposed Direct Purchaser Class*

Joseph C. Kohn
William E. Hoese
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 238-1700
Fax (215) 238-1968
jkohn@kohnswift.com
whoese@kohnswift.com

Michael L. Roberts
Erich P. Schork
Sarah E. DeLoach
**ROBERTS LAW FIRM US, PC**
1920 McKinney Ave, Suite 700
Dallas, Texas 75201
Tel: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us

4

erichschork@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Counsel for Plaintiff J&L Imperium Industries, LLC, and the Proposed Direct Purchaser Class*

Dianne M. Nast
Daniel N. Gallucci
Michele S. Burkholder
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com
dgallucci@nastlaw.com
mburkholder@nastlaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Matt Jacobs
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
mjacobs@gustafsongluek.com

Christopher V. Le
Joshua Q. Callister
**BOIESBATTIN LLP**
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704
cle@boiesbattin.com
jcallister@boiesbattin.com

Simon B. Paris
Patrick Howard

**SALTZ, MONGELUZZI, & BENDESKY, P.C**.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 575-3985
sparis@smbb.com
phoward@smbb.com

Michael J. Boni
Joshua D. Snyder
**BONI, ZACK & SNYDER LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
mboni@bonizack.com
jsnyder@bonizack.com

David M. Cialkowski
Ian F. McFarland
Zachary J. Freese
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com
zachary.freese@zimmreed.com

*Counsel for Plaintiff H&S Ready Mix, Inc.
and the Proposed Direct Purchaser Class*